**PRISONER CASE**



**FILED**
JUN 16 2008
JUN 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | THOMAS CUNNINGHAM | **Defendant(s):** | ERIC WILSON |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | Thomas Cunningham<br>#01293-424<br>Metropolitan - MCC<br>71 West Van Buren Street<br>Chicago, IL 60605 | **Defendant's Attorney:** | United States Attorney's Office<br>219 South Dearborn Street<br>Chicago, IL 60604 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 3465
JUDGE DOW
MAGISTRATE JUDGE SCHENKIER

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2241

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** M. Burke    **Date:** 6/16/08