UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 3 2008
JUN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THOMAS CUNNINGHAM

Vs

ERIC WILSON

CASE NO: 08 CV 3465
JUDGE: DOW

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Petitioner who is not an Attorney or represented by an Attorney and moves this Honorable Court for Appointment of Counsel.

1) The Petitioner has only basic Legal skills and with the ultimate nature of these proceedings believes that he is not capable of defending Himself fairly.

2) Petitioner has little or no contacts to provide the Complete evidence necessary for a fair hearing in this matter.

3) Petitioner finds Himself in urgent need for some solid legal advice in the event he is Denied Counsel.

4) Petitioner remains in anticipation for a swift response and remedy in this matter.

THEREFORE Petitioner moves this Honorable Court for Appointment of Counsel in this Case.

SIGN [signature]   DATE June 19-2008