

**FILED**

JUN 2 3 2008 *aew*

JUN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS CUNNINGHAM

　　Vs

ERIC WILSON

CASE NO: 08 CV 3465
JUDGE: DOW

## MOTION FOR COPIES

Now comes the Petitioner who is not an Attorney or represented by an Attorney and moves this Honorable Court for COPIES IN THIS CASE.

　　1) Petitioner Has no way of making any immediate copies or has any original Copies of this Case # 08 CV 3465.

　　2) Petitioner has filed an in forma pauperis in this case and has no funds or official correspondence At MCC to help me process Copies in this Case.

　　3) Petitioner with respect has requested copies from the Clerk and needs an order to process His request.

Therefore Petitioner Moves this Court for Copies in this caes 08 CV 3465.

SIGN _____   DATE June 19-2008