

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 4 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THOMAS CUNNINGHAM

Vs

CASE NO:08CV3465

JUDGE: DOW

ERIC WILSON

## MOTION

  Now comes the petitioner Pro-se out of necessity and moves this honorable Court to Amend initial 2241 WRIT OF HABEAS CORPUS.

  Petitioner filed His Writ of Habeas Corpus on June 17 2008 and Claim of deliberate indifference has been since Ruled on and Granted By Honorable Michael P McCusky on June 30 2008 in the favor of Petitioner and set the matter and Order for Scheduling in This CASE.

  Petitioner has included a copy Of this order and therefore moves this Honorable Court for an order reflecting that the 2241 WRIT OF HABEAS CORPUS be Amended.

SIGN _[signature]_       DATE July 7/2008

**Other Orders/Judgments**
2:08-cv-02123-MPM-DGB Cunningham v. Kankakee County Detention Center et al
17, PRISONER, PROSE, REFER, TRANSF

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 6/30/2008 at 4:35 PM CDT and filed on 6/30/2008
**Case Name:** Cunningham v. Kankakee County Detention Center et al
**Case Number:** 2:08-cv-2123
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT CASE MANAGMENT/MERIT REVIEW ORDER entered by Chief Judge Michael P. McCuskey on 6/30/08. The plaintiff has stated one claim under the Eighth Amendment: deliberate indifference to his serious medical needs. Any other claims not specifically set forth in this order shall not be included in the case, except at the court's discretion on motion by a party for good cause shown at the final pretrial conference, or by leave of court pursuant to Federal Rule of Civil Procedure 15. Any claims against the defendants in their official capacity are stricken. The Eleventh Amendment to the United States Constitution does not permit those claims. The case will proceed against the defendants in their individual capacities. As the plaintiff cannot sue buildings, the defendants, Kankakee County Detention Center and Jerome Combs Detention Center are terminated as defendants. The clerk of the court is directed to terminate these defendants, forthwith. The necessary deficiency orders are directed to be entered, if any. After the plaintiff satisfies all deficiencies, a Scheduling Order shall be entered directing service and setting a Rule 16 conference date. A copy of this Case Management Order shall be served with the Complaint and Scheduling Order. The defendants shall file an answer within the time prescribed by Local Rule. A motion to dismiss is not an answer. The answer must be considered a responsive pleading under Federal Rule of Civil Procedure 15(a) and should include all defenses appropriate under the Federal Rules. The answer and subsequent pleadings shall be only to the issues and claims stated in this order. Defendants Jerome Combs Detention Center and Kankakee County Detention Center are terminated. (Copy of Text Order mailed to pro se plaintiff Cunningham by Clerk) (VB, ilcd)

2:08-cv-2123 Notice has been electronically mailed to:

2:08-cv-2123 Notice has been delivered by other means to: