UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| United States of America, | ) | *08c 3465* |
| Plaintiff, | ) | |
| | ) | Case No. *08C 3465* |
| vs. | ) | |
| *Thomas Cunningham* | ) | Honorable *DOW* |
| *01243-424* Defendant. | ) | Presiding Judge |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that the above–defendant, *Thomas Cunningham*

filing pro se, hereby appeals to the United States Court of Appeals for

the Seventh Circuit from the district court judgement entered on *July*

*21 2008*.

This judgement became final when the Honorable *Judge Dow*

*Denied* ~~the~~ defendant in this action *08 C 3465*.

Respectfully sbumitted,

Dated on this *24* day of *July 2008*

# FILED

JUL 2 8 2008 *MB*
Jul 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,      )
                  Plaintiff,   )
                               )
vs.                            )        Case No.
                               )
THOMAS. WINT HAM               )        Honorable  $O8 \ C \ 3465$
                  Defendant.   )        Presiding Judge

### NOTICE OF FILING AND PROOF OF SERVICE

TO:

PLEASE TAKE NOTICE that on this $24$ day of $July$,
$2008$ I filed with the Clerk of the United States District Court (1)
original and (6) copies of the attached Notice of Appeal and Jurisdictional
Statement.

Respectfully submitted,

### PROOF OF SERVICE

On this $24 \ Th$ day of $July$, $2008$ I placed in the
legal mail despository at the MCC-Chicago, the above-titled Notice of
Appeal and attached submission.

Subscribed and Sworn before me
me this $24$ day of $July$, $2008$.