UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America,<br>    Plaintiff, | ) ) ) | 08c 3465 |
| vs. | ) ) | Case No. 08C3465 |
| Thomas Cunningham<br>    Defendant. | ) ) ) | Honorable DOW<br>Presiding Judge |

### JURISDICTIONAL STATEMENT

The jurisdiction of the district court was pursuant to 18 U.S.C., Section 3231. The United States Court of Appeals for the Seventh Circuit has jurisdiction purusant to 28 U.S.C., Section 1291 and 18 U.S.C. 3742. The foregoing Notice of Appeal is filed in accordance with F.R.A.P. Rule 4(b).

Respectfully submitted,

Dated on this 24 day of July 2008.

FILED
JUL 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT