**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | 08c 3465 |
| | ) | |
| vs. | ) | Case No. _08C 3465_ |
| _Thomas Cunningham_ | ) | |
| _01243-424_ Defendant. | ) | Honorable _DOW_ |
| | ) | Presiding Judge |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the above-defendant, _Thomas Cunningham_

filing pro se, hereby appeals to the United States Court of Appeals for

the Seventh Circuit from the district court judgement entered on _July_

_21 2008_ .

This judgement became final when the Honorable _Judge Dow_

_Denied_ ~~defendant in this action~~ _08 C 3465_ .

Respectfully sbumitted,

Dated on this ___24___ day of _July 2008_

# FILED

JUL 2 8 2008 _MB_
JuL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America, )
          Plaintiff, )
                    )
                    )
vs. )          Case No.
THOMAS. WYNRYHAM )
          Defendant. )  Honorable _08 C 3465_
                    Presiding Judge

## NOTICE OF FILING AND PROOF OF SERVICE

TO:

PLEASE TAKE NOTICE that on this $24$ day of $July$,
$2008$ I filed with the Clerk of the United States District Court (1)
original and (5) copies of the attached Notice of Appeal and Jurisdictional
Statement.

Respectfully submitted,

## PROOF OF SERVICE

On this $24$ $Th$ day of $July$, $2008$ I placed in the
legal mail despository at the MCC–Chicago, the above–titled Notice of
Appeal and attached submission.

Subscribed and Sworn before me
me this $24$ day of $July$, $2008$.

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:    08cv3465

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Thomas Cunningham/Appellant | | Eric Wilson/Appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Thomas Cunningham (ProSe) | Name | AUSA |
| Firm | #01293-424 | Firm | USAO |
| Address | Metropolitan - MCC<br>71 West Van Buren Street<br>Chicago, IL 60605 | Address | 219 South Dearborn<br>Suite 500<br>Chicago, IL 60604 |
| Phone | N/A | Phone | 312-353-5300 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Dow, Jr. | Date Filed in District Court | 7/21/2008 |
| Court Reporter | | Date of Judgment | 7/22/2008 |
| Nature of Suit Code | 530 | Date of Notice of Appeal | 7/28/2008 |

COUNSEL:        Appointed [  ]      Retained [ X ]            Pro Se [  ]

FEE STATUS:        Paid [  ]        Due [  ]          IFP [ X ]

        IFP Pending [  ]      U.S. [  ]        Waived [  ]

Has Docketing Statement been filed with the District Court Clerk's Office?        Yes [ X ]        No [  ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

    Granted [  ]        Denied [  ]        Pending [  ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).    Rev 04/01**

UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,    )
                 Plaintiff,  )
                             )
vs.                          )        Case No. _O8C 3465_
THomAs Cunningham            )        Honorable _DOW_
                 Defendant.  )        Presiding Judge

## JURISDICTIONAL STATEMENT

The jurisdiction of the district court was pursuant to 18 U.S.C., Section 3231. The United States Court of Appeals for the Seventh Circuit has jurisdiction purusant to 28 U.S.C., Section 1291 and 18 U.S.C. 3742. The foregoing Notice of Appeal is filed in accordance with F.R.A.P. Rule 4(b).

Respectfully submitted,

Dated on this _24_ day of _July 2008_.

F I L E D
JUL 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3465 | **DATE** | July 21, 2008 |
| **CASE TITLE** | Cunningham (#01293-424) v. Wilson | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion to file *in forma pauperis* [3] is granted. The Court summarily dismisses the petition for a writ of habeas corpus pursuant to Rules 1(b) and 4 of the Rules Governing Section 2254 Cases. All other pending motions [5, 6, 7] are denied as moot.

■ [For further details see text below.]                                        Docketing to mail notices.

## STATEMENT

Petitioner Thomas Cunningham, currently a pretrial detainee at the Metropolitan Correctional Center, brings this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241(c)(3). He alleges that while he was detained at the Kankakee County Detention Center, he was denied medical and dental care. Specifically, Petitioner alleges that on January 17, 2008, he filed a motion for emergency medical treatment, and that on January 22, 2008, he obtained a court order for immediate medical treatment. On February 4, 2008, the United States Marshals Service transported him to the MCC.

Petitioner further alleges the following: The MCC placed Petitioner on a sentenced floor, although he was a pretrial detainee. Another inmate attacked Petitioner without provocation, throwing scalding soup in his face. Petitioner suffered first-degree burns to his eye and head and did not receive medication for three days. While in administrative segregation, Correctional Officer D. DePaul brutally assaulted Petitioner. Petitioner has remained in solitary confinement without any charges. Petitioner seeks immediate release from custody.

It is well settled that a federal inmate's challenge to the fact or duration of a sentence of imprisonment must be brought in a § 2241 habeas action, while challenges to the conditions of his confinement must be brought in a *Bivens* action under 28 U.S.C. § 1331. See *Glaus v. Anderson*, 408 F.3d 382, 386-87 (2005). In the instant action, Petitioner challenges the conditions of his confinement, not the fact or duration of his sentence. Accordingly, Petitioner should have filed a *Bivens* action, not a § 2241 petition. This Court cannot convert Petitioner's habeas action to a civil action, see *Copus v. Edgerton*, 96 F.3d 1038 (7th Cir. 1996), because of the many differences between habeas petitions and civil litigation brought by prisoners, including exhaustion, difference in filing fees, and screening for strikes. *Richmond v. Scibana*, 387 F.3d 602, 606 (7th Cir. 2004).

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

## STATEMENT

Moreover, to be eligible for habeas corpus relief under § 2241, that is, release from custody as Petitioner requests, a federal pretrial detainee first must exhaust other available remedies. See, *e.g., Jones v. Perkins*, 245 U.S. 390, 391-92 (1918) ("It is well settled that in the absence of exceptional circumstances in criminal cases the regular judicial procedure should be followed and habeas corpus should not be granted in advance of a trial"); *Riggins v. United States*, 199 U.S. 547, 550-51 (1905) (vacating order granting habeas relief when pretrial detainees filed habeas petitions before "invok[ing] the action of the Circuit Court upon the sufficiency of the indictment by a motion to quash or otherwise"); *Fassler v. United States*, 858 F.2d 1016, 1018-19 (5th Cir. 1988) (per curiam) (stating that defendants cannot use § 2241 to challenge pretrial detention orders that can be challenged under 18 U.S.C. § 3145); *United States v. Pipito*, 861 F.2d 1006, 1009 (7th Cir. 1987) (same). Petitioner therefore must proceed through trial and any other remedies that may be available to him before filing for federal habeas corpus relief.

Accordingly, finding Petitioner indigent the Court grants his motion for leave to file *in forma pauperis*. After preliminary review, the Court summarily dismisses the petition for a writ of habeas corpus pursuant to Rules 1(b) and 4 of the Rules Governing Section 2254 Cases. If Petitioner wants to bring his claims in a *Bivens* action, he should use the forms required by Local Rule 81.1 of this Court.

APPEAL, HABEAS, PC, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-03465
## Internal Use Only

Cunningham v. Wilson et al
Assigned to: Honorable Robert M. Dow, Jr
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 07/21/2008
Date Terminated: 07/21/2008
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: U.S. Government
Defendant

**Petitioner**

Thomas Cunningham                    represented by **Thomas Cunningham**
#01293-424
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605
PRO SE

V.

**Respondent**

Eric Wilson                    represented by **AUSA**
United States Attorney's Office
(NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email:
USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

Service List                    represented by **Prisoner Correspondence - Internal Use Only**

Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2008 | **1** | RECEIVED Petition writ of habeas corpus and 1 copies by Thomas Cunningham.(Exhibits)(Poor Quality Original - Paper Document on File) (vcf, ) (Entered: 06/18/2008) |
| 06/16/2008 | **2** | CIVIL Cover Sheet. (vcf, ) (Entered: 06/18/2008) |
| 06/16/2008 | **3** | APPLICATION by Plaintiff Thomas Cunningham for leave to proceed in forma pauperis and financial affidavit. (vcf, ) (Entered: 06/18/2008) |
| 06/16/2008 | **4** | POST MARKED envelope for initiating document by Thomas Cunningham (Document not scanned) (aew, ) (Entered: 06/20/2008) |
| 06/20/2008 | | (Court only) FORWARDED petition for writ of habeas corpus to U.S. Attorney's Office. (vcf, ) (Entered: 06/20/2008) |
| 06/23/2008 | **5** | MOTION by Petitioner Thomas Cunningham for appointment of counsel. (vcf, ) (Entered: 06/26/2008) |
| 06/23/2008 | **6** | MOTION by Petitioner Thomas Cunningham for copies. (vcf, ) (Entered: 06/26/2008) |
| 07/14/2008 | **7** | MOTION by Petitioner Thomas Cunningham to amend initial 2241 Writ of Habeas Corpus.(Exhibit) (vcf, ) (Entered: 07/16/2008) |
| 07/21/2008 | **8** | MINUTE entry before the Honorable Robert M. Dow, Jr: Petitioner's motion to file in forma pauperis **3** is granted. The Court summarily dismisses the petition for a writ of habeas corpus pursuant to Rules 1(b) and 4 of the Rules Governing Section 2254 Cases. All other pending motions [5, 6, 7] are denied as moot..Civil case terminated. Mailed notice (vcf, ) (Entered: 07/22/2008) |
| 07/28/2008 | **9** | NOTICE of appeal by Thomas Cunningham regarding orders **8** .(IFP) (gej, ) (Entered: 07/30/2008) |
| 07/28/2008 | **10** | JURISDICTIONAL Statement by Thomas Cunningham regarding notice of appeal **9** . (gej, ) (Entered: 07/30/2008) |