# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

August 21, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Cunningham -v- Wilson

U.S.D.C. DOCKET NO. : 08 cv 3465

U.S.C.A. DOCKET NO. :

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
     D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Cunningham -v- Wilson.

USDC NO.      : 08 cv 3465

USCA NO.      :

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 21st day of Aug. 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
     D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-03465
### Internal Use Only

1.

Cunningham v. Wilson et al
Assigned to: Honorable Robert M. Dow, Jr
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 07/21/2008
Date Terminated: 07/21/2008
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: U.S. Government
Defendant

**Petitioner**

**Thomas Cunningham**                    represented by **Thomas Cunningham**
#01293-424
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605
PRO SE

V.

**Respondent**

**Eric Wilson**                          represented by **AUSA**
United States Attorney's Office
(NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email:
USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Service List**                         represented by **Prisoner Correspondence - Internal Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2008 | 1 | RECEIVED Petition writ of habeas corpus and 1 copies by Thomas Cunningham.(Exhibits)(Poor Quality Original - Paper Document on File) (vcf, ) (Entered: 06/18/2008) |
| 06/16/2008 | 2 | CIVIL Cover Sheet. (vcf, ) (Entered: 06/18/2008) |
| 06/16/2008 | 3 | APPLICATION by Plaintiff Thomas Cunningham for leave to proceed in forma pauperis and financial affidavit. (vcf, ) (Entered: 06/18/2008) |
| 06/16/2008 | 4 | POST MARKED envelope for initiating document by Thomas Cunningham (Document not scanned) (aew, ) (Entered: 06/20/2008) |
| 06/20/2008 | | (Court only) FORWARDED petition for writ of habeas corpus to U.S. Attorney's Office. (vcf, ) (Entered: 06/20/2008) |
| 06/23/2008 | 5 | MOTION by Petitioner Thomas Cunningham for appointment of counsel. (vcf, ) (Entered: 06/26/2008) |
| 06/23/2008 | 6 | MOTION by Petitioner Thomas Cunningham for copies. (vcf, ) (Entered: 06/26/2008) |
| 07/14/2008 | 7 | MOTION by Petitioner Thomas Cunningham to amend initial 2241 Writ of Habeas Corpus.(Exhibit) (vcf, ) (Entered: 07/16/2008) |
| 07/21/2008 | 8 | MINUTE entry before the Honorable Robert M. Dow, Jr: Petitioner's motion to file in forma pauperis 3 is granted. The Court summarily dismisses the petition for a writ of habeas corpus pursuant to Rules 1(b) and 4 of the Rules Governing Section 2254 Cases. All other pending motions [5, 6, 7] are denied as moot..Civil case terminated. Mailed notice (vcf, ) (Entered: 07/22/2008) |
| 07/28/2008 | 9 | NOTICE of appeal by Thomas Cunningham regarding orders 8 .(IFP) (gej, ) (Entered: 07/30/2008) |
| 07/28/2008 | 10 | JURISDICTIONAL Statement by Thomas Cunningham regarding notice of appeal 9 . (gej, ) (Entered: 07/30/2008) |
| 07/28/2008 | 13 | POST MARKED envelope for Notice of Appeal. (Document Not Scanned) (lcw, ) (Entered: 08/01/2008) |
| 07/30/2008 | 11 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 9 . Notified counsel (gej, ) (Entered: 07/30/2008)~~ |
| 07/30/2008 | 12 | ~~NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Entered: 07/30/2008)~~ |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**